UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| VS. | § CRIMINAL ACTION NO. C-07-351-2 |
| | § |
| ADAM DAVILA, | § |
| | § |
| Defendant. | § |

## **ORDER**

The Government's Motion for Reciprocal Discovery having been presented to the Court is hereby GRANTED.

SIGNED AND ORDERED this 29th day of August, 2007.

_____
Janis Graham Jack
United States District Judge