IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CR. NO. C-07-351(2) |
| ADAM DAVILA | § | |

## JUDGMENT OF ACQUITTAL

The Defendant ADAM DAVILA, having appeared for trial and the Jury having found the Defendant NOT GUILTY on Count One, Count Two, and Count Three,

It is hereby ORDERED that the Defendant stands acquitted on Counts One, Two and Three of the indictment.

Done at Corpus Christi, Texas, this 6th day of November, 2007.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE